### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JAMES MICHAEL MAGNUSEN, #117637**                    **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 1:08-cv-1392-HSO-JMR**

**RON KING**                                          **RESPONDENT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Memorandum Opinion and Order issued this date and incorporated

herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and is

hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of May, 2009.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE